IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09cr149

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| JOSE ANTONIO VEGA | ) | |
| | ) | |

THIS MATTER is before the Court upon remand from the Fourth Circuit Court of Appeals for additional proceedings. (Doc. No. 23: Order and Judgment).

**IT IS, THEREFORE, ORDERED** that the United States Marshal have the defendant Jose Antonio Vega (Reg. No. 23469-058) present in Charlotte, North Carolina forthwith, but not later than May 26, 2011, at 11:01 a.m. for a sentencing hearing.

The Clerk is directed to certify copies of this Order the defendant, defendant's counsel, the United States Attorney, the United States Marshal Service, and the United States Probation Office for the Western District of North Carolina.

Signed: April 26, 2011

Robert J. Conrad, Jr.
Chief United States District Judge